**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: 2ND JUDICIAL DISTRICT | : No. 44 MM 2020 |
| DECLARATION OF JUDICIAL | : |
| EMERGENCY  (LANCASTER COUNTY) | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2021, the Application Pursuant to Pa.R.J.A. No. 1952 is GRANTED, IN PART.  The President Judge of the Court of Common Pleas of Lancaster County is authorized, through October 1, 2021, to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations.  Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

    In all other respects, the Application is DENIED.